## COPE v. STATE BANK OF COMMERCE.

No. 11288—Opinion Filed March 7, 1922.

(Syllabus.)

### Appeal and Error—Time to Appeal—Temporary Injunction.

The petition in error, in an appeal from an order discharging a temporary injunc-

tion, must be filed in the Supreme Court within a time fixed by the trial court, not exceeding 30 days from such discharge. Harn v. Oklahoma City et al., 43 Okla. 501, 148 Pac. 1040.

Error from District Court, Beaver County; Arthur G. Sutton, Judge.

Action between Clifton C. Cope and the State Bank of Commerce. From order discharging temporary injunction, the former brings error. Dismissed.

D. W. Buckner, for plaintiff in error.

J. W. Culwell, for defendant in error.

PER CURIAM. This is an appeal from an order discharging a temporary injunction, but not filed in this court within 30 days from the date of the order appealed from. The order was made December 20, 1919, and appeal filed in this court March 27, 1921.

Under section 5266, Revised Laws of 1910, this court is without jurisdiction over the subject-matter. Herring et al. v. Wiggins, 7 Okla. 312, 54 Pac. 483; Pioneer Tel. & Tel. Co. v. Inc. Town of Chelsea, 23 Okla. 720, 102 Pac. 83; White v. Hooker et al., 47 Okla. 453, 148 Pac. 719; Harn v. Oklahoma City et al., 43 Okla. 501, 148 Pac. 1040; Orr et al. v. City of Cushing, 66 Okla. 153, 168 Pac. 223.

Therefore, the appeal is dismissed.